# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**M&T CREDIT SERVICES LLC,**

      **Plaintiff,**

v.                                                     Case No:   6:14-cv-1821-Orl-22DAB

**M/V WINE N CRIME,** a 2006 Larson
US Flag recreational vessel, Official No 1199913
And her engines, tackle, boats, gear, appurtenances
etc., *in rem*,

      **Defendant.**

---

### ORDER AND FINAL JUDGMENT IN REM

This cause is before the Court on the Stipulation for Entry Final Judgment In Rem (Doc. No. 25) filed on May 29, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion for judgment be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed June 17, 2015 (Doc. No. 27), is ADOPTED and CONFIRMED and made a part of this Order.

2.     The Stipulation for Entry Final Judgment In Rem (Doc. No. 25) is hereby GRANTED.

3.     Judgment is hereby entered in favor of M&T Credit Services LLC and Claimants Al Blandeburgo and Al Blandeburgo d/b/a Al's Mobile Marine and Island Bound Marine Service

Inc. *in rem* as follows:

    a. M&T Credit Services LLC to pay a total of $1,500.00 to be distributed to Claimants Al Blandeburgo and Al Blandeburgo d/b/a Al's Mobile Marine and Island Bound Marine Service Inc. in full satisfaction of all lien claims held by Claimants Al Blandeburgo and Al Blandeburgo d/b/a Al's Mobile Marine and Island Bound Marine Service Inc. The one payment of $1,500.00 to be divided between claimants as directed by Al Blandeburgo.

    b. Claimants Al Blandeburgo and Al Blandeburgo d/b/a Al's Mobile Marine and Island Bound Marine Service Inc. shall reserve their rights to sue Kim Braddock and/or Steve M. Braddock *in personam* for any deficiency balance on their open accounts with Kim Braddock and/or Steve M. Braddock.

    c. M&T Credit Services LLC shall satisfy all *Custodial Legis* costs.

    d. Judgment in the amount of $132,031.00 plus attorney's fees, costs and custodial costs is granted *in rem* to M&T Credit Services LLC against the vessel and it shall take title to the vessel free and clear of all liens and encumbrances and sell the vessel at a private sale with such proceeds to be applied to the indebtedness of former Owners, with any excess to be returned to former Owners Kim and Steven Braddock.

    e. The U. S. Marshal and Substitute Custodian shall release the vessel within 3 days of entry of this Final Judgment.

    f. Each party to bear their own attorneys' fees and costs.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on July 2, 2015.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Claimants
U.S. Marshal Service
Substitute Custodian